UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA COLLINS and NICOLE COLLINS,

    Plaintiffs,

v.                                    Case No: 8:16-cv-2356-T-36TBM

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

This cause is before the Court on Defendant's Unopposed Motion to Seal Exhibit to its Response to Order to Show Cause (Doc. 18), filed on September 14, 2016. Specifically, Defendant moves the Court for permission to file an exhibit containing plaintiffs' medical bills under seal.

Upon consideration, the Court finds that the exhibit containing plaintiffs' medical bills contains confidential and sensitive information that should not be made public. Therefore, the Court directs the Clerk to file Defendant's exhibit containing plaintiffs' medical bills under seal.

It is hereby **ORDERED**:

1. Pursuant to Local Rule 1.09(a), Defendant's Unopposed Motion to Seal Exhibit to its Response to Order to Show Cause (Doc. 18) is **GRANTED.**

2. The Clerk is directed to file Defendant's exhibit containing plaintiffs' medical bills under seal.

**DONE AND ORDERED** in Tampa, Florida on September 19, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any